UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTHA PLASCENCIA, et al.,

                Plaintiffs,

-against-

ERIC LEVINE, et al.,

                Defendants.

**ORDER**

22-CV-03214 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Defendants in this action filed a Notice of Removal on April 20, 2022, removing the matter from the Patterson Justice Court, County of Putnam, to this Court. (Doc. 1). The parties, however, agreed to a remand of the action on July 15, 2022. (Doc. 11).

    Based upon that agreement, this action is REMANDED to the Patterson Justice Court, County of Putnam. The Clerk of the Court is respectfully directed to send a copy of this Order to the Patterson Justice Court, County of Putnam, and to close this action. All pending matters are hereby terminated.

**SO ORDERED:**

Dated: White Plains, New York
       July 18, 2022

_____
Philip M. Halpern
United States District Judge